IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| PHILIP J. CHARVAT, | : | |
| Plaintiff, | : | Case No. 2:11-cv-00237 |
| v. | : | Judge Frost |
| TRUGREEN LIMITED PARTNERSHIP, et al. | : | Magistrate Kemp |
| Defendants. | : | |

**PLAINTIFF'S DISMISSAL WITH PREJUDICE**

NOW COMES PLAINTIFF PHILIP J. CHARVAT who hereby dismisses this case with prejudice as all disputes have been resolved by the parties.

Respectfully submitted,

_____
Philip J. Charvat, *Pro Se*
636 Colony Drive
Westerville, Ohio 43081-3616
614 895-1351
PJCharvat@Hotmail.Com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing document was served upon the Attorney for Defendants this 29th ___ day of August, 2011:

Mark C. Melko
300 Spruce Street, Floor One
Columbus, Ohio 43215-1173
MMelko@WilesLaw.Com

_____
Philip J. Charvat